**COHN LIFLAND PEARLMAN**
  **HERRMANN & KNOPF LLP**
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
(201) 845-9600 (telephone)
(201) 845-9423 (fax)
mfg@njlawfirm.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSTANTINO ZANFARDINO, Derivatively on Behalf of Nominal Defendant ZERIFY, INC., formerly known as STRIKEFORCE TECHNOLOGIES, INC., <br><br>            Plaintiff, <br><br>     v. <br><br> MARK L. KAY, ROMARAO PEMMARAJU AND GEORGE WALLER, <br><br>            Defendants, <br><br>            And, <br><br> ZERIFY, INC., formerly known as STRIKEFORCE TECHNOLOGIES, INC. <br><br>            Nominal Defendant. | Case No.: 2:22-cv-07258-MCA-AME <br><br><br><br> Returnable: December 16, 2024 |

## PLAINTIFF'S NOTICE OF UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT

PLEASE TAKE NOTICE that on December 16, 2024, or as soon thereafter as Plaintiff

Costantino Zanfardino in the above-captioned stockholder derivative action brought on behalf of

nominal defendant Zerify, Inc. may be heard, Plaintiff will move this Court, Hon. Madeline Cox

Arleo, United States District Judge of the United States District Court for the District of New Jersey, Martin Luther King Jr. Bldg. & U.S. Courthouse, 50 Walnut Street, Newark N.J. New Jersey 07102, for entry of an order pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for preliminary approval of the Settlement, set forth in the Stipulation and Agreement of Settlement (the "Stipulation"),[1] and respectfully request the Court enter the Preliminary Approval Order, which: (a) grants preliminary approval of the Settlement; (b) approves the form and manner of providing notice to Current Zerify Shareholders; and (c) schedules a date for the Settlement Hearing.[2]

In support of this motion, Plaintiff relies on the accompanying Memorandum of Law, the Stipulation and the exhibits thereto, the Declaration of Matthew F. Gately in Support of Plaintiff's Motion for Preliminary Approval, and the pleadings and such other matters as the Court may consider at the hearing of this motion.

DATED: November 21, 2024

/s/ Matthew F. Gately
Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600
mfg@njlawfirm.com

---

[1]  Unless otherwise stated, all capitalized terms shall have the same meanings as set forth in the Stipulation which, along with its exhibits, is being submitted concurrently herewith.

[2]  The Preliminary Approval Order is being submitted concurrently herewith and is also attached as Exhibit E to the Stipulation.

Robert S. Schachter
Justin M. Tarshis
Jessica Hermes
**ZWERLING, SCHACHTER**
**& ZWERLING,** LLP
41 Madison Avenue
(212) 223-3900
rschachter@zsz.com
jtarshis@zsz.com
jhermes@zsz.com

*Counsel for Plaintiff Costantino Zanfardino*